**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Edgar Osmin QUINTANILLA,
Defendant-Appellant.**

No. 16-50255

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2017 *

Filed July 25, 2017

Matthew Craig Brehm, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Edgar Osmin Quintanilla, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Edgar Oscar Quintanilla appeals from the district court's judgment and challenges the sentence of 37 months in prison imposed following his guilty plea conviction

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Quintanilla's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Quintanilla the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Quintanilla has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.